IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NATHAN L. RAINEY                                                                                    PLAINTIFF

V.                                          Case No. 08-CV-1052

PILGRIMS PRIDE CORPORATION                                                           DEFENDANT

### ORDER

It appears that proceedings in the above matter have been stayed pending the disposition of bankruptcy proceedings. **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED**, this 9th day of march, 2009.

                                                                          /s/ Harry F. Barnes
                                                                     Hon. Harry F. Barnes
                                                                     United States District Judge